JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

STACEY GEIS (CABN 181444)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7126
    Facsimile: (415) 436-7234
    E-Mail: Stacey.Geis@usdoj.gov;

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00507 MMC |
|     Plaintiff, ) | NOTICE OF DISMISSAL.; ORDER |
|     v. ) | |
| PAUL VESTERGAARD, ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment with respect to defendant PAUL VESTERGAARD without prejudice.

DATED: 1/5/09    Respectfully submitted,

        JOSEPH P. RUSSONIELLO
        United States Attorney

        BRIAN J. STRETCH
        Chief, Criminal Division

CR 06-00507 MMC
NOTICE OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Leave is granted to the government to dismiss the Indictment without prejudice with respect to defendant Paul Vestergaard.  Furthermore, the Court hereby quashes the no bail arrest warrant issued in this case.

IT IS SO ORDERED.

Date: January 8, 2009

MAXINE M. CHESNEY
United States District Judge